UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA

v.                                                                          **Order of Continuance**

SARAH VALERIO PUJOLS,                                      **24 Mag. 1722**

                            *Defendant*.
---------------------------------------------------------X

        Upon the application of the United States of America and the affirmation of Benjamin A.

Gianforti, Assistant United States Attorney for the Southern District of New York, it is found that

the defendant was charged with a violations of Title 18, United States Code, Sections 371, 1960,

and 2; Title 31, United States Code, 5332 and 2; and Title 49, United States Code, Sections

46314(a) and (b)(2), in a Complaint dated April 30, 2024;

        It is further found that the defendant was arrested on or about May 7, 2024 and presented

before United States Magistrate Gary Stein the same day, who released the defendant on certain

bail conditions;

        It is further found that, under the Speedy Trial Act, the Government is required to file an

indictment or information on or before July 8, 2024;

        It is further found that Marisa Cabrera, Esq., counsel for defendant, and Assistant United

States Attorney Benjamin A. Gianforti have engaged in discussions concerning a possible

disposition of this case and are continuing discussions concerning a possible disposition of this

case;

        It is further found that the Government has requested a continuance to engage in further

discussions with defense counsel about the disposition of this case and that the defendant,

through counsel, has consented to such a continuance and has specifically waived her right to be

charged in an indictment or information for an additional period not to exceed 30 days;

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial;

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until August 7, 2024, and that a copy of this Order and the affirmation of Assistant United States Attorney Benjamin A. Gianforti be served by ECF on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       July 2, 2024


_____
UNITED STATES MAGISTRATE JUDGE