UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SARAH VALERIO PUJOLS,

              Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

24 CRIM 442

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
July 12, 2024

DAMIAN WILLIAMS
United States Attorney

By: _____
Benjamin A. Gianforti
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Marisa Cabrera, Esq.
Attorney for Sarah Valerio Pujols